# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 08-5036     **RECEIVED**     September Term 2007

JUL 2 1 2008     07cv02150

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Filed On: May 21, 2008 [1117591]

Ken Kenyatta Wilson,

    Appellant

v.

Harrell Watts, Administrator, National Inmate Appeals,

    Appellee



## ORDER

    By order filed March 4, 2008, directing appellant to file his motion to proceed on appeal in forma pauperis or payment of the docketing and filing fees, and to submit certain submissions to this court, by March 31, 2008. The order was sent to appellant by warden letter. Appellant received and signed for the order on March 13, 2008. To date, appellant has not complied with the Court's order. Upon consideration of the foregoing, it is

    **ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

    The Clerk is directed to issue the mandate in this case by July 7, 2008.

                             **FOR THE COURT:**
                             Mark J. Langer, Clerk

          BY:    /s/
                  Elizabeth V. Scott
                  Deputy Clerk